## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOODROW CRAWFORD, | : | |
| Plaintiff, | : | Civil Action No.:   06-0436 (RMU) |
| v. | : | Document Nos.:   7, 10 |
| JO ANN BARNHART,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

### GRANTING THE PLAINTIFF'S MOTION FOR JUDGMENT OF REVERSAL[1];
### DENYING THE DEFENDANT'S MOTION FOR JUDGMENT OF AFFIRMANCE

For the reasons stated in the accompanying Memorandum Opinion, it is this 2nd day of June, 2008,

**ORDERED** that the plaintiff's motion for judgment reversal is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant's motion for judgment of affirmance is **DENIED**; and it is

**ORDERED** that this case is remanded to the Social Security Administration for further proceedings in accordance with this order and accompanying Memorandum Opinion.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge

---

[1] Although styled as a motion for judgment of reversal, the court stops short of reversing and simply remands the case for determinations consonant with this Memorandum Opinion.