UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOODROW CRAWFORD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-0436 (RMU) |
| | : | |
| v. | : | Document Nos.: 7, 10 |
| | : | |
| JO ANN BARNHART, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING THE PLAINTIFF'S MOTION FOR JUDGMENT OF REVERSAL; DENYING THE DEFENDANT'S MOTION FOR JUDGMENT OF AFFIRMANCE

For the reasons stated in the accompanying Memorandum Opinion, it is this 4th day of June, 2008,

**ORDERED** that the Consent Motion to Alter Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the order and Memorandum Opinion issued June 2, 2008 are vacated and replaced by this order and accompanying Memorandum Opinion; and it is

**ORDERED** that the plaintiff's motion for judgment reversal is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant's motion for judgment of affirmance is **DENIED**; and it is

**ORDERED** that the decision of the defendant is reversed; and it is

**FURTHER ORDERED** that this case is remanded to the defendant, under sentence four of § 405(g) of the Social Security Act, 42 U.S.C. § 405(g), for further proceedings in accordance with this order and accompanying Memorandum Opinion.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge